

**SUL LEE LAW FIRM, PLLC**
3030 Lyndon B Johnson Fwy
Ste 220, Dallas TX 75234
Tel 214-206-4064
Fax 214-206-4068
Website www.sulleelaw.com

September 27, 2023

The United States District Court
1100 Commerce Street, Room 1452
Dallas, Texas 75242

### RE: Request for DMCA Subpoena pursuant to 17 U.S.C. §512(h)

Dear Ms. Mitchell,

The undersigned firm represents Nexon Korea Corporation ("Nexon" or the "Copyright Owner"), the developer of the MapleStory, MapleStory2, Sudden Attack, The Kingdom of the Winds, Dungeon & Fighter, Grand Chase, and Elsword video games. On behalf of Nexon, I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the DMCA takedown notification required by Section 512(c)(3)(A);
2. A proposed subpoena; and
3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk is Nexon's notification, a proposed subpoena, and a sworn declaration. As Nexon has complied with the requirements of the statute, they ask that the Clerk expeditiously issue a subpoena ordering Discord to disclose Nexon information sufficient to identify the infringers, including the individuals' names, physical addresses, IP addresses, telephone numbers, email addresses, payment information, account updates and account history, as available, within 14 days of the issuance of the subpoena.

If you have any questions or concerns, please feel free to contact me via email at dwilliams@sulleelaw.com, via telephone at 214-206-4064, or via mail at 3030 Lyndon B. Johnson Fwy, Suite 220, Dallas, Texas 75234.

We appreciate your attention to this matter and await your response.

Sincerely,
*/s/ Dominique Williams*

Dominique Williams
**SUL LEE LAW FIRM, PLLC**
Associate Attorney

## DECLARATION OF DOMINIQUE WILLIAMS IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. §512(h)

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

I, Dominique Williams, declare and testify as follows:

1.      I am an attorney at law, duly licensed to practice in the State of Texas since 2021, SBOT No. 24125458. I am over the age of majority and under no legal impediment to state the following facts, all of which are true and correct and within my personal knowledge.

2.      I and my law firm have been engaged to represent Nexon Korea Corporation, a Korean corporation that designs and owns copyrights in several popular video games. By operation of such engagement and my admission to the State Bar of Texas, I am authorized and qualified to make this declaration for and on Nexon Korea Corporation's behalf, and I make this declaration for that reason.

3.      Nexon Korea Corporation seeks the issuance of a subpoena from this Court pursuant to 17 U.S.C. §512(h) to obtain information sufficient to identify the persons infringing its copyrighted works. Such identification is sought so that Nexon Korea Corporation, the rightful copyright holder, can seek legal redress against such infringers. Such personally identifying information will only be used for the purpose of protecting Nexon Korea Corporation's rights under the Copyright Act, 17 U.S.C. 101, *et. seq.*

4.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2023

_____
Dominique Williams

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

_____

*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |
| | |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c)  Place of Compliance.**

 **(1)  *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)  *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d)  Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)  *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)  *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)  *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e)  Duties in Responding to a Subpoena.**

 **(1)  *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)  *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g)  Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A**
**REQUEST FOR PRODUCTION**

1. Produce all information sufficient to identify the operator and/or owner (the "Infringers") of each of the servers who uploaded, hosted, and/or contracted with other providers to host the infringing content identified in the Exhibits attached to the DMCA Takedown NCotice dated September 20, 2023, sent by Mr. Sungchul Hwang on behalf of Nexon Korea Corporation ("Nexon"), requesting takedown of infringing MapleStory, MapleStory 2, The Kingdom of the Wings, Dungeon & Fighter, Grand Chase, and Elsword material (the "Copyrighted Material") attached to this subpoena, from any and all sources, including but not limited to, billing or administrative records that prove the following information used by each of the Infringers, along with a time-stamp, from the time of user registration and to date: (a) name(s), (b) last known address(es), (c) last known telephone number(s), (d) any and all email address(es), (e) account number(s), and (f) billing information (including, but not limited to, names, telephone number(s), and mailing and billing address(es) of each of all of the payment methods (including, but not limited to, credit cards, bank accounts, and any online payment systems)); (g) hosting provider(s), (h) server(s), (i) any other contact information; and (j) any and all logs of IP address(es).

DAZIUNDA
Erase All Private Servers!

Date: Sep. 20th, 2023

To Copyright Agent:

This notice is submitted by DAZIUNDA, LLC, on behalf of NEXON Korea. ("**Copyright Owner**"), pursuant to the Digital Millennium Copyright Act (the "**Act**") and Discord's Terms of Service.

The Copyright Owner possesses the exclusive rights to the copyrighted work (the "**Work**") identified below:

1. Title of the Work: MapleStory
   A. Official Website: https://maplestory.nexon.com/
   B. Description of the Work: MapleStory(Korean: 메이플스토리) is a 2D side-scrolling massively multiplayer online role-playing game developed and serviced by NEXON Korea.
2. Title of the Work: MapleStory2
   A. Official Website: https://maplestory2.nexon.com/
   B. Description of the Work: MapleStory2(Korean: 메이플스토리2) is 3D massively multiplayer online role-playing game developed and serviced by NEXON Korea.
3. Title of the Work: Sudden Attack
   A. Official Website: https://sa.nexon.com/
   B. Description of the Work: Sudden Attack(Korean: 서든어택) is a free-to-play multiplayer first-person shooter online game serviced by NEXON Korea
4. Title of the Work: The Kingdom of the winds
   A. Official Website: https://baram.nexon.com/
   B. Description of the Work: The Kingdom of the winds(Korean: 바람의 나라) ) is a 2D massively multiplayer online role-playing game developed and serviced by NEXON Korea.
5. Title of the Work: Dungeon & Fighter
   A. Official Website: https://df.nexon.com/
   B. Description of the Work: Dungeon & Fighter(Korean: 던전앤파이터) is a 2D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea
6. Title of the Work: Grand Chase
   A. Official Website: https://grandchase.nexon.com/
   B. Description of the Work: Grand Chase(Korean: 그랜드체이스) is 3D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea



7. Title of the Work: Elsword
    A. Official Website: https://elsword.nexon.com/
    B. Description of the Work: Elsword(Korean: 엘소드) is 3D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea

We have discovered that private servers, private server promoters, designers associated with private servers and cheat software sellers infringing upon the rights of the Copyright Owner, have been set up on Discord for illicit commercial activities, actively recruiting users.

This DMCA Notice has been written to request the immediate blockage of their servers, channels, and any IDs involved in the copyright infringement.

Please find below a detailed description of how each copyright infringer utilizes Discord for their infringing activities.

## I. Private Server

1. Circumventing the technological protective measures applied to the online game client developed and serviced by the Copyright Owner.
    A. Analyzing server-client communications through reverse engineering and developing server emulators imitating the server software developed by the Copyright Owner.
    B. Modifying the game client to connect to their server emulator IP.
2. Providing services related to the Work without lawful permission.
    A. Establishing accounts and servers on various OSPs, including Discord, to offer Work-related services for profit.
        i.  Building websites.
        ii.  Creating Discord IDs, servers, and channels.
        iii.  Establishing Facebook pages and groups.
    B. Distributing the game client link modified as per section 1B on various OSPs including Discord.
    C. Directing users to connect to their private servers through the client mentioned in section 2B.
3. Engaging in illicit commercial activities without the permission of the Copyright Owner.
    A. Setting up various payment methods like PayPal, Paymentwall, and bank accounts.
    B. Creating various in-game items on the altered client as per section 1 and promoting



them through various OSPs established in section 2.

C.   Guiding users through Discord IDs to payment methods, selling in-game items through conversations, and obtaining illegal profits.

## II. Private Server Promoter

1.   Creation of a Discord server specifically for promoting private servers.
2.   Dissemination of invitation links to private server operators and users.
3.   Informing private server operators about server promotion costs via Discord DMs.
4.   Granting special roles within the Discord server to private server operators who have paid the promotion fees.
5.   Establishing a channel named after the private server for promotional purposes and granting administrative privileges to the operators.

## III. Designers associated with Private Servers

1.   Creation of a Discord server to provide design works to private server operators and receive compensation in return
2.   Setting up channels within the server to post design portfolios.
3.   Sharing the Discord server invitation link with private server operators and encouraging them to join.
4.   Informing the joined private server operators about the time and cost per design work via DMs, thus gaining financial benefits.
5.   Producing image files using illustrations, character images, and other copyrighted materials from the Work, and then sending them to private server operators via DM.

## IV. Cheat software sellers

1.   Development of a Cheat software that disables the technical protection measures applied to the Work and allows for actions not permitted within the game.
2.   Creation of a Discord server and promotion of invitation codes to users of the Work.
3.   Establishment of channels specific to each Cheat software, posting descriptions of the software's functionalities and prices.



4. Selling serial numbers of the Cheat software to purchasers via DMs, thus obtaining financial gains.

As illustrated, those involved in various forms of copyright infringement are using Discord services to maximize their illegal gains. For effective prevention of their infringing activities, immediate blocking of the Discord servers mentioned in this document is imperative.

It is important to note that simply deleting the message links cited as examples might not fully address the issue. These are instances of copyright infringement on Discord servers. To ensure comprehensive resolution, considering the blocking of both servers and the IDs of infringers might be beneficial. This can prevent continued infringing activities and protect the interests of all involved parties.

Exhibits attached to this document provide the server IDs of each Discord Server, UIDs of the infringers, and example message links demonstrating the infringing activities, as elaborated upon for each infringer.

I hereby state, under penalty of perjury, that the information contained in this Notice is accurate and that I am the authorized agent acting on behalf of the Copyright Owner. I have a good faith belief that the use of the Work described above, and used in the manner complained of, is not authorized by the Copyright Owner, its agent, or under the law.

We trust you will understand our concerns and, as stipulated in Sections 512(c)(1)(C) and 512(d)(3) of the Act and in accordance with Discord's own Terms of Service, we demand the immediate blocking of the Discord servers used for copyright infringement.

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the email address set forth as follows:



Name and Title: Sungchul Hwang, Technician

Company: DAZIUNDA, LLC.

Address: 675 Dalseo-daero, Dalseo-gu, Daegu, 42601, Republic of Korea

Email address: shiraz@daziunda.com

Telephone: +82-10-6514-1723

Truthfully

Sungchul Hwang



**Exhibits – Private Server**

## 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| 로얄메이플 | Website (if applicable) | https://mapleroyal.cc/ |
| | Discord Server ID | 964822228724244530 |
| | Infringer UID | 871229837380034601, 761916413912678450 |
| | Invite Code | https://discord.com/invite/royalmaple |
| | Example message link of infringing activity | https://discord.com/channels/964822228724244530/979575719195705354/1126625454321848472 |
| 나나스토리 | Website (if applicable) | |
| | Discord Server ID | 1131827395104616561 |
| | Infringer UID | 1125676006502584330 |
| | Invite Code | https://discord.com/invite/cFvMbhfVq4 |
| | Example message link of infringing activity | https://discord.com/channels/1131827395104616561/1131851269758255155/1134363931884920892 |
| 니르바나 | Website (if applicable) | |
| | Discord Server ID | 1109426846015164416 |
| | Infringer UID | 1033704371348852848, 1024368046116188180, 331724026877837312, 434092344581816530, 107495484037300224 |
| | Invite Code | https://discord.com/invite/jYbEN3JMeP |
| | Example message link of infringing activity | https://discord.com/channels/1109426846015164416/1109428605487956069/1115952924128976947 |
| 달빛월드 | Website (if applicable) | |
| | Discord Server ID | 1054360713407254558 |
| | Infringer UID | 1054358551482613790 |
| | Invite Code | https://discord.com/invite/Mq2mea9zT9 |
| | Example message link of infringing activity | https://discord.com/channels/1054360713407254558/1054489845730381965/1134383159706910772 |
| 더블랙 | Website (if applicable) | |
| | Discord Server ID | 1118884714950971495 |
| | Infringer UID | 1118883355841282160, 633579801436880916 |



| | Invite Code | https://discord.com/invite/ux7BhGTD9q |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1118884714950971495/1118963200419971102/1135241310958276718 |
| 마르디아 | Website (if applicable) | |
| | Discord Server ID | 1042506166854492290 |
| | Infringer UID | 1040367342535843851, 1130876720757604413 |
| | Invite Code | https://discord.com/invite/43HS4fTHux |
| | Example message link of infringing activity | https://discord.com/channels/1042506166854492290/1042510622916628480/1130881472073576538 |
| 메리엘 | Website (if applicable) | |
| | Discord Server ID | 1105271478150234244 |
| | Infringer UID | 1050764025060937728, 804158172494561290 |
| | Invite Code | https://discord.com/invite/hmXVFR9vVQ |
| | Example message link of infringing activity | https://discord.com/channels/1105271478150234244/1105282759221587968/1124869027102212096 |
| 보헤미안 | Website (if applicable) | |
| | Discord Server ID | 1127549167129079820 |
| | Infringer UID | 1126866085472387082 |
| | Invite Code | https://discord.com/invite/cze8juG9kp |
| | Example message link of infringing activity | https://discord.com/channels/1127549167129079820/1132261952828223550/1132594764378808432 |
| 아리엘 | Website (if applicable) | |
| | Discord Server ID | 1101439954728530031 |
| | Infringer UID | 1100012824547303445 |
| | Invite Code | https://discord.com/invite/keqATsH4sa |
| | Example message link of infringing activity | https://discord.com/channels/1101439954728530031/1103877058469298279/1103877092535451694 |
| 엘니도 | Website (if applicable) | |
| | Discord Server ID | 1026870545410707517 |
| | Infringer UID | 947243390951637052, 1038481360974794882, 409258554940456971 |



| | Invite Code | https://discord.com/invite/AF2qUSRMGC |
| --- | --- | --- |
| | Example message link of infringing activity | https://discord.com/channels/1026870545410707517/1126894943915495576/1141314150337871872 |
| 엘리시아 | Website (if applicable) | |
| | Discord Server ID | 1020904508924121118 |
| | Infringer UID | 878319845228302368, 475653539637493760, 1114199652728836237, 391088733476093952 |
| | Invite Code | https://discord.com/invite/3RfQKzvgnD |
| | Example message link of infringing activity | https://discord.com/channels/1020904508924121118/1118879349211414558/1118879349211414558 |
| 엘리트 | Website (if applicable) | |
| | Discord Server ID | 1032262304387059754 |
| | Infringer UID | 311386662015860736 |
| | Invite Code | https://discord.com/invite/sWSnfG5PxX |
| | Example message link of infringing activity | https://discord.com/channels/1032262304387059754/1117670153774170203/1138489999008993370 |
| 연화 | Website (if applicable) | |
| | Discord Server ID | 1030748025611632650 |
| | Infringer UID | 910985312535195728, 1029084097835958373, 1027803455361921078, 1035222721774235698 |
| | Invite Code | https://discord.com/invite/YEONHWA |
| | Example message link of infringing activity | https://discord.com/channels/1030748025611632650/1118186021507567696/1118186021507567696 |
| 오리진 | Website (if applicable) | |
| | Discord Server ID | 1128292662034825288 |
| | Infringer UID | 947979138667540511 |
| | Invite Code | https://discord.com/invite/HHYDzTb3JF |
| | Example message link of infringing activity | https://discord.com/channels/1128292662034825288/1138728294406180875/1138728698900643840 |
| 추억 | Website (if applicable) | |
| | Discord Server ID | 1094653302555295904 |
| | Infringer UID | 1094651229411495977 |



| | Invite Code | https://discord.com/invite/yRFWcvAwhN |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1094653302555295904/1094662279934517358/1118383072518344854 |
| 헤븐 | Website (if applicable) | |
| | Discord Server ID | 1042521202217984090 |
| | Infringer UID | 380220821630877697, 1044161576246194227 |
| | Invite Code | https://discord.com/invite/vDfpRsMryS |
| | Example message link of infringing activity | |
| 베리즈 | Website (if applicable) | |
| | Discord Server ID | 1145419190828810430 |
| | Infringer UID | 1089508646666391564 |
| | Invite Code | https://discord.com/invite/HwcQ2zMHnJ |
| | Example message link of infringing activity | https://discord.com/channels/1145419190828810430/1145420195842773053/1148961645276704828 |
| 나노메이플 | Website (if applicable) | |
| | Discord Server ID | 1145316604792557668 |
| | Infringer UID | 1145315916473696357 |
| | Invite Code | https://discord.gg/FXxyQC6uxJ |
| | Example message link of infringing activity | https://discord.com/channels/1145316604792557668/1145320257200848936/1146038906043781230 |
| 클래스리마스터 | Website (if applicable) | |
| | Discord Server ID | 1112739691582738484 |
| | Infringer UID | 1093356432646209556 |
| | Invite Code | https://discord.com/invite/ECVebcpSQ |
| | Example message link of infringing activity | https://discord.com/channels/1112739691582738484/1112743265159086101/1129223438410715256 |
| 파스텔 | Website (if applicable) | |
| | Discord Server ID | 1043088654215680080 |
| | Infringer UID | 1042794887088713742 |



| | Invite Code | https://discord.com/invite/pR4sSaFCk9 |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1043088654215680080/1043089950154952704/1043835143237935114 |
| 일리시움 | Website (if applicable) | |
| | Discord Server ID | 1074227978436878339 |
| | Infringer UID | 1064176770401701928 |
| | Invite Code | https://discord.com/invite/QCz2hQTbAb |
| | Example message link of infringing activity | https://discord.com/channels/1074227978436878339/1074232457148235886/1074232457148235886 |
| MapleRoyals | Website (if applicable) | https://mapleroyals.com/ |
| | Discord Server ID | 1008174423846686801 |
| | Infringer UID | 193812754748932097, 234419725264748545, 363925896542945281, 643637551521071104, 523378611504545802, 192326524605693953, 661979159005757441, 306742152057192448, 124900571210579968 |
| | Invite Code | https://discord.com/invite/MzVfDU5PTP |
| | Example message link of infringing activity | https://discord.com/channels/1008174423846686801/1008469418227019786/1113820806166876220 |
| MapleLegends | Website (if applicable) | https://maplelegends.com/ |
| | Discord Server ID | 969341430596239420 |
| | Infringer UID | 209979685793169409, 471028041884106755, 145991605294202881, 480184783540977684, 187213676007129089, 484072796184510464, 266106931414958081 |
| | Invite Code | https://discord.com/invite/MapleLegends |
| | Example message link of infringing activity | https://discord.com/channels/969341430596239420/969404011407110164/971458813465067620 |
| Kaizen MS | Website (if applicable) | https://kaizenms.net/ |
| | Discord Server ID | 1089434657877151798 |
| | Infringer UID | 384136868922392577, 916420967662760037, 681977430436741150 |
| | Invite Code | https://discord.com/invite/VnbfEmfSKv |
| | Example message link of infringing activity | https://discord.com/channels/1089434657877151798/1089476204404420618/1093829107357335593 |
| AriesMS | Website (if applicable) | https://aries.elluel.net/ |



| | Discord Server ID | 983558194771136522 |
|---|---|---|
| | Infringer UID | 954639290955100171, 112048536610230272, 905369471399641099, 709246694587629619, 1062662917637558322 |
| | Invite Code | https://discord.com/invite/yfZaUDN9QX |
| | Example message link of infringing activity | https://aries.elluel.net/?page=download<br>Unable to find the message link, so the download URL from the website is indicated. |
| **MapleSaga** | Website (if applicable) | https://maplesaga.com/ |
| | Discord Server ID | 1100932401636585583 |
| | Infringer UID | 1100931593956241429 |
| | Invite Code | https://discord.com/invite/t6wCKkWA |
| | Example message link of infringing activity | https://discord.com/channels/1100932401636585583/1122357173922574368/1122357214800269393 |
| **DreamMS** | Website (if applicable) | https://dreamms.gg/ |
| | Discord Server ID | 920833230704361483 |
| | Infringer UID | 509461724613705747, 376239020427968523, 101832932653531136, 219415732075626497, 1101038194893520946, 346764205195526145 |
| | Invite Code | https://discord.com/invite/dreamms |
| | Example message link of infringing activity | https://discord.com/channels/920833230704361483/1019902532438462504/1084191032138276894 |
| **AmoriaMS** | Website (if applicable) | https://amoria.ms/ |
| | Discord Server ID | 1027016983524425768 |
| | Infringer UID | 1006311848091603115, 326979713245642754, 163332777352101889 |
| | Invite Code | https://discord.com/invite/PyJ5xg2mNh |
| | Example message link of infringing activity | https://discord.com/channels/1027016983524425768/1116978163621310536/1171174718479474788 |
| **Maple Lumiere** | Website (if applicable) | |
| | Discord Server ID | 952846286304972820 |
| | Infringer UID | 424940638870568966, 799590952972451860, 953226673455763526 |
| | Invite Code | https://discord.com/invite/EPs8TbaSDJ |
| | Example message link of infringing activity | https://discord.com/channels/952846286304972820/952863823046508555/1109560432580100116 |



| Haiku MS | Website (if applicable) | https://maplelumiere.com/ |
|---|---|---|
| | Discord Server ID | 966282526979137566 |
| | Infringer UID | 893942580415447051, 761959531763859477 |
| | Invite Code | https://discord.com/invite/haikums |
| | Example message link of infringing activity | https://discord.com/channels/966282526979137566/996726878754852874/1138711690494623834 |

## 2. Infringed Work – MapleStory2

| Server Name | Category | Description |
|---|---|---|
| MapleStars2 | Website (if applicable) | https://maplestars2.to/ |
| | Discord Server ID | 992025420738342922 |
| | Infringer UID | 989125239508193290, 1028678364959101000, 988446898933358603 |
| | Invite Code | https://discord.com/invite/hwZ99PzH23 |
| | Example message link of infringing activity | https://discord.com/channels/992025420738342922/992028695625728131/1145420727403696309 |

## 3. Infringed Work – The Kingdom of the winds

| Server Name | Category | Description |
|---|---|---|
| 곰서버 | Website (if applicable) | https://baramyeon.com/ |
| | Discord Server ID | 919185316450025472 |
| | Infringer UID | 919192763701002310, 502350931459964929 |
| | Invite Code | https://discord.com/invite/rppSeR7j7U |
| | Example message link of infringing activity | https://discord.com/channels/919185316450025472/919185316450025475/1147857978742018118 |
| 도툴서버 | Website (if applicable) | https://baram2006.com/ |
| | Discord Server ID | 1097098377612767302 |
| | Infringer UID | 711211501536673834 |
| | Invite Code | https://discord.com/invite/CKwRD2FTdU |
| | Example message link of infringing activity | https://discord.com/channels/1097098377612767302/1097098377612767308/1097104048718630972 |



| | | |
|---|---|---|
| 로얄클래스 | Website (if applicable) | |
| | Discord Server ID | 1130783690486726698 |
| | Infringer UID | 463880315308343296 |
| | Invite Code | https://discord.com/invite/xMXVg6GrrE |
| | Example message link of infringing activity | https://discord.com/channels/1130783690486726698/1146704131558494258/1146705497274196048 |
| 레어서버 | Website (if applicable) | |
| | Discord Server ID | 971042214505500733 |
| | Infringer UID | 287481919736643584 |
| | Invite Code | https://discord.com/invite/9nSJGqJVBv |
| | Example message link of infringing activity | https://discord.com/channels/971042214505500733/1008678934604415016/1145720824314220644 |
| 리마스터 | Website (if applicable) | https://baramrema.com/ |
| | Discord Server ID | 1101069480173502515 |
| | Infringer UID | 899496219963977779 |
| | Invite Code | https://discord.com/invite/kmnr6uBUhy |
| | Example message link of infringing activity | https://discord.com/channels/1101069480173502515/1109103076230574081/1138674144343511052 |
| 목도 | Website (if applicable) | |
| | Discord Server ID | 979000977308938251 |
| | Infringer UID | 459600042035118081 |
| | Invite Code | https://discord.com/invite/Ut4Ndh8hkR |
| | Example message link of infringing activity | https://discord.com/channels/979000977308938251/979000977875152957/1095178394985058364 |
| 도씨검(불홍) | Website (if applicable) | https://boolhong.com/ https://dossisword.com/ |
| | Discord Server ID | 1116334541536247849 |
| | Infringer UID | 1139798024709754910 |
| | Invite Code | https://discord.com/invite/wdDP6rsyQT |
| | Example message link of infringing activity | https://discord.com/channels/1116334541536247849/1139800371934535681/1142911958908162199 |



| | | |
|---|---|---|
| 서월 | Website (if applicable) | |
| | Discord Server ID | 819592720284647445 |
| | Infringer UID | 810792314578534420, 371269483907514380 |
| | Invite Code | https://discord.com/invite/B4FTb9TfHw |
| | Example message link of infringing activity | https://discord.com/channels/819592720284647445/819593028729307176/1081046740582539324 |
| 설 | Website (if applicable) | |
| | Discord Server ID | 1105760887614226482 |
| | Infringer UID | 946978171197222913 |
| | Invite Code | https://discord.com/invite/CvKAD9ZPp4 |
| | Example message link of infringing activity | https://discord.com/channels/1105760887614226482/1106078004536426566/1106078250284884048 |
| 여울 | Website (if applicable) | |
| | Discord Server ID | 1124815716252655767 |
| | Infringer UID | 1124812190382305300 |
| | Invite Code | https://discord.com/invite/kwCVNWQaKx |
| | Example message link of infringing activity | https://discord.com/channels/1124815716252655767/1124818435906474024/1132280809261367366 |
| 향기 | Website (if applicable) | https://baramhyangky.com/ |
| | Discord Server ID | 1129281116394770512 |
| | Infringer UID | 1129279878940864563 |
| | Invite Code | https://discord.com/invite/GUkzgDh9af |
| | Example message link of infringing activity | https://discord.com/channels/1129281116394770512/1129313725900410900/1147857191756370041 |

## 4. Infringed Work – Dungeon & Fighter

| Server Name | Category | Description |
|---|---|---|
| 고고서버 | Website (if applicable) | |
| | Discord Server ID | 1056887838811095070 |
| | Infringer UID | 1009794472090757150, 578585678032666635 |



| | Invite Code | https://discord.com/invite/dnfgogoserver |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1056887838811095070/1056887839331188762/1147116321885138985 |
| 다마고치 | Website (if applicable) | |
| | Discord Server ID | 998261617122877450 |
| | Infringer UID | 996087515750608906 |
| | Invite Code | https://discord.gg/pEF84DQYxG |
| | Example message link of infringing activity | https://discord.com/channels/998261617122877450/1131361225238904923/1131361283627831508 |
| 다마고치파일설치서버 | Website (if applicable) | |
| | Discord Server ID | 1013044686178500658 |
| | Infringer UID | 996087515750608906 |
| | Invite Code | https://discord.gg/4Xu7P4bE6q |
| | Example message link of infringing activity | https://discord.com/channels/1013044686178500658/1013103008042725438/1125126609343615118 |
| 솔로서버 | Website (if applicable) | |
| | Discord Server ID | 1009315858583146506 |
| | Infringer UID | 849188971358453790, 298787494852427776, 699204770430451813 |
| | Invite Code | https://discord.com/invite/azdh2AJcef |
| | Example message link of infringing activity | https://discord.com/channels/1009315858583146506/1009317468562542612/1012628878897991680 |
| 스톤서버 | Website (if applicable) | |
| | Discord Server ID | 1126488573412130828 |
| | Infringer UID | 1126488091742453780 |
| | Invite Code | https://discord.com/invite/cZBHU4XJ4Y |
| | Example message link of infringing activity | https://discord.com/channels/1126488573412130828/1131390156285427863/1131390212711391232 |
| 투데이서버 | Website (if applicable) | |
| | Discord Server ID | 1055673919102791730 |
| | Infringer UID | 1055672024204324884, 652516091179827221 |



| | Invite Code | https://discord.com/invite/gkeZQFkjp4 |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1055673919102791730/1055717828159877141/1055718986840551434 |

## 5. Infringed Work – Grand Chase

| Server Name | Category | Description |
|---|---|---|
| Agnesia Online | Website (if applicable) | https://agnesia.xyz/ |
| | Discord Server ID | 801129191016890369 |
| | Infringer UID | 94888096872534016, 744975698094981241, 986602882243645450 |
| | Invite Code | https://discord.com/invite/s9ZdYjYu4K |
| | Example message link of infringing activity | https://discord.com/channels/801129191016890369/988141631721078784/1064180269373997086 |
| Unreal World | Website (if applicable) | |
| | Discord Server ID | 1029984952021946378 |
| | Infringer UID | 335801526993944586, 1034629091661463603, 1130629509452922932 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1029984952021946378/1029990075364282389/1129117781976166430 |
| Ernasis Online | Website (if applicable) | https://ernasis.xyz/ |
| | Discord Server ID | 285041318097453066 |
| | Infringer UID | 228275969583087618, 252570710537535489, 164499007245123584, 962467635444985877 |
| | Invite Code | https://discord.com/invite/r7bhnwNH4S |
| | Example message link of infringing activity | https://discord.com/channels/285041318097453066/454796689186881536/1128814644765655161 |
| Chase Fantasy | Website (if applicable) | https://chasefantasy.com.br/ |
| | Discord Server ID | 916140140689231872 |
| | Infringer UID | 252617685668462602, 905612017707126796 |
| | Invite Code | https://discord.com/invite/utqfZHnfEj |
| | Example message link | https://discord.com/channels/916140140689231872/916719544603656222/943696202778681344 |



| | of infringing activity | |
|---|---|---|
| Chase History | Website (if applicable) | https://chasehistory.net/ |
| | Discord Server ID | 930958255637790770 |
| | Infringer UID | 524650465363755041, 417470929325522945, 262695247102869531, 643276841708421153, 243303438656471040, 334871888645980160, 183285042527600640, 246451871051415554, 592451854529593582, 407892854363521024, 452710782552113152, 517657460321026058, 158243227953135617, 282354606225358848, 338594696320516098, 282563385994903553, 870447161043730432, 256208300633358336, 262614246167150602, 662160822008807443, 614971797108031508, 206420067297132544, 334871888645980160, 341996795838201867, 252452032399540225 |
| | Invite Code | https://discord.com/invite/5KBXACWFjz |
| | Example message link of infringing activity | https://discord.com/channels/930958255637790770/931247448725270538/935523440310493204 |

## 5. Infringed Work – Elsword

| Server Name | Category | Description |
|---|---|---|
| ElsZero | Website (if applicable) | https://elszero.net/ |
| | Discord Server ID | 905611290314174524 |
| | Infringer UID | 254701061602803723, 661957278051860508, 340784038036111361, 163051261678059520, 242694370795454467, 173551678329454593, 560939942411501575, 167680707072753664 |
| | Invite Code | https://discord.com/invite/sEg7RCT2n8 |
| | Example message link of infringing activity | https://discord.com/channels/905611290314174524/905616521152331816/930665176292786177 |
| ElRosso | Website (if applicable) | |
| | Discord Server ID | 1040290955330326528 |
| | Infringer UID | 163051261678059520, 104702718974685184, 340784038036111361, 173551678329454593, 254701061602803723, 711197723881373698, 167680707072753664, 560939942411501575, 1118683173698666557, 429522484715323393 |
| | Invite Code | https://discord.com/invite/7qeatFqpjm |
| | Example message link of infringing activity | https://discord.com/channels/1040290955330326528/1062097464011800637/1112151457060368434 |



**Exhibits – Private Server Promoter**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 프리웨어 | Website (if applicable) | |
| | Discord Server ID | 954742710659608617 |
| | Infringer UID | 1040122600812187688 |
| | Invite Code | https://discord.com/invite/rx4FMJFCNQ |
| | Example message link of infringing activity | https://discord.com/channels/954742710659608617/1148248400354103306/1148248457388236801 |
| 서버공유방 | Website (if applicable) | |
| | Discord Server ID | 1087023612395016353 |
| | Infringer UID | 848606213831000074 |
| | Invite Code | https://discord.com/invite/PyCYWZJ64M |
| | Example message link of infringing activity | https://discord.com/channels/1087023612395016353/1123481226293035059 |



**Exhibits – Designers associated with Private Servers**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 이클립스 | Website (if applicable) | |
| | Discord Server ID | 1044094096127561819 |
| | Infringer UID | 742785576679374941, 416095865074352129 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1044094096127561819/1044131700634030100/1086865698724249672 |



**Exhibits – Private Server Promoter**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 프리웨어 | Website (if applicable) | |
| | Discord Server ID | 954742710659608617 |
| | Infringer UID | 1040122600812187688 |
| | Invite Code | https://discord.com/invite/rx4FMJFCNQ |
| | Example message link of infringing activity | https://discord.com/channels/954742710659608617/1148248400354103306/1148248457388236801 |
| 서버공유방 | Website (if applicable) | |
| | Discord Server ID | 1087023612395016353 |
| | Infringer UID | 848606213831000074 |
| | Invite Code | https://discord.com/invite/PyCYWZJ64M |
| | Example message link of infringing activity | https://discord.com/channels/1087023612395016353/1123481226293035059 |



**Exhibits – Cheat Software Seller**

## 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| MapleSpirits | Website (if applicable) | https://www.maplespirit.net/ |
| | Discord Server ID | 994541014490550292 |
| | Infringer UID | 305387689660907530, 206881044916469760, 125118828123258880 |
| | Invite Code | https://discord.com/invite/XNBAkbgw8z |
| | Example message link of infringing activity | https://discord.com/channels/994541014490550292/994554558313398302/1126546196878589974 |
| | | https://discord.com/channels/994541014490550292/1049317508961804288/1049317968661725244 |

## 2. Infringed Work – Sudden Attack

| Server Name | Category | Description |
|---|---|---|
| 스완 | Website (if applicable) | |
| | Discord Server ID | 1111257063524413474 |
| | Infringer UID | 1111223462569201724, 961877053068689459, 1020587264276971530 |
| | Invite Code | https://discord.com/invite/pAB8BykUCN |
| | Example message link of infringing activity | https://discord.com/channels/1111257063524413474/1144409110889119784/1147346169257795615 |
| | | https://discord.com/channels/1111257063524413474/1111257064652685371/1132533876556832830 |
| 스노우몰 | Website (if applicable) | |
| | Discord Server ID | 902200384607641601 |
| | Infringer UID | 789726809632669726 |
| | Invite Code | https://discord.gg/sURfYC4v3A |
| | Example message link of infringing activity | https://discord.com/channels/902200384607641601/1093517368682086470/1133077261810155520 |
| | | https://discord.com/channels/902200384607641601/1030657341835706388/1074704630061211749 |