**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re DMCA Section 512(h) Subpoena to Discord, Inc. | **Case No. 3:23-mc-00062-S** |

**NEXON KOREA CORPORATION'S MOTION TO COMPEL CLOUDFLARE, INC.**
**TO RESPOND TO THE DMCA SECTION 512(h) SUBPOENA**

TO THE HONORABLE JUDGE OF SAID COURT:

Nexon Korea Corporation ("Nexon"), through counsel, hereby submits this Motion to Compel Discord Inc.'s ("Discord") Responses to the DMCA Section 512(h), and respectfully requests that this Court enter an order requiring Discord to produce responses to the DMCA subpoena. In support of this motion, Nexon respectfully shows the Court as follows:

**RELEVANT FACTS**

1.      Nexon Korea Corporation is an interactive video game company, which has created several successful video game franchises. Nexon owns valid and subsisting copyrights in popular video games, such as MapleStory, MapleStory2, Sudden Attack, The Kingdom of the Winds, Dungeoin & Fighter, Grand Chase, and Elsword.

2.      Discord, Inc. is a voice, video, and text communication service, which individuals often use to post pirated versions of video games, including those created by Nexon.

1

3.      On several occasions, Nexon sent Discord Digital Millennium Copyright Act (DMCA) Notices, notifying the service provider that several of its users were using its services to provide access to pirated material, in violation of Nexon's copyrights.

4.      However, on each occasion, Discord failed to remove the servers containing the infringing material, and in some cases, in the event of removal, the users were allowed to maintain their Discord accounts and simply reupload the material on the platform.

5.      Therefore, on September 27, 2023, Nexon, through its undersigned counsel, filed a request for issuance of a DMCA Subpoena, pursuant to 17 U.S.C. §512(h), requesting that Cloudflare provide information sufficient to identify the users who violated its intellectual property rights. *See* **Exhibit A.**

6.      This Court issued the subpoena on October 3, 2023, ordering Discord to respond by October 13, 2023. However, to date, Discord has failed to produce any responsive documents or written responses on or before the time for compliance.

7.      Rather, Discord provided form responses, and citing overbreadth of the subpoena and undue burden as the reason for its failure to provide substantive responses to Nexon's request and provided a spreadsheet of users. *See* **Exhibit B**.

8.      In an effort to limit the scope of the subpoena and make compliance less burdensome for Discord, Nexon, through its counsel, agreed to limit the requests to production of information regarding individuals who are currently the subject of an ongoing investigation into infringement of the copyrighted material. *See* **Exhibit C**.

9.      Once again, Discord raised objections, citing undue burden and expense.

10.     Discord's failure to cooperate with discovery has impeded Nexon's ability to discovery relevant, non-privileged information that will support its potential claims against the users who posted the infringing material.

11.     Therefore, Nexon files this motion requesting that this Court compel Discord to produce the documents to which Nexon are rightfully entitled.

## ARGUMENTS AND AUTHORITIES

12.     Section 512(h) permits a copyright owner to request a court to issue a subpoena to a service provider for identification of an alleged infringer. Additionally, Section 512(h)(5) provides that "upon receipt of the issued subpoena […] the service provider shall expeditiously disclose to the copyright owner or person authorized by the copyright owner the information requested by the subpoena."

13.     However, despite receiving a valid subpoena and having substantial time to respond, Discord has failed to satisfy its obligation to produce responsive documentation pursuant to Section 512(h) and Federal Rule of Civil Procedure 45.

14.     If this Court grants Nexon Korea Corporation's Motion, Nexon is entitled to its attorneys' fees and expenses involved in securing the ruling, pursuant to Fed. R. Civ. P. 37.

15.     In the event that this Court grants Nexon's Motion, Nexon submits the Singhe Affidavit detailing its attorneys' fees and expenses. *See* **Exhibit D**. Nexon respectfully requests that the Court award Nexon its attorneys' fees and expenses in connection with its Motion.

## CONCLUSION

16.     An order compelling Cloudflare's production of responsive documents is appropriate, as Cloudflare's noncompliance has hindered Nexon's ability to identify the infringers and bring claims against them.

## **PRAYER FOR RELIEF**

FOR THESE REASONS, Nexon Korea Corporation respectfully pray that the Court enter an order requiring Discord to produce responsive documents and award Nexon Korea Corporation its attorney's fees related to this motion.

Date: December 20, 2023

Respectfully submitted,
**SUL LEE LAW FIRM, PLLC**

By: */s/ Dominique Williams*
Sul Lee
State Bar No. 24078844
sul@sulleelaw.com
Diren W. Singhe
State Bar No. 24044135
dsinghe@sulleelaw.com
Dominique Williams
State Bar No. 24125458
dwilliams@sulleelaw.com
3030 LBJ Fwy, Suite 220
Tel. (214) 206-4064
Fax. (214) 206-4064
**ATTORNEYS FOR NEXON
KOREA CORPORATION**



EXHIBIT A

**SUL LEE LAW FIRM, PLLC**
3030 Lyndon B Johnson Fwy
Ste 220, Dallas TX 75234
Tel 214–206–4064
Fax 214–206–4068
Website www.sulleelaw.com

October 3, 2023

The United States District Court
1100 Commerce Street, Room 1452
Dallas, Texas 75242

**RE: Amended Request for DMCA Subpoena pursuant to 17 U.S.C. §512(h)**

Dear Ms. Mitchell,

The undersigned firm represents Nexon Korea Corporation ("Nexon" or the "Copyright Owner"), the developer of the MapleStory, MapleStory2, Sudden Attack, The Kingdom of the Winds, Dungeon & Fighter, Grand Chase, and Elsword video games. On behalf of Nexon, I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the DMCA takedown notification required by Section 512(c)(3)(A);
2. A proposed subpoena; and
3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk is Nexon's notification, a proposed subpoena, and a sworn declaration. As Nexon has complied with the requirements of the statute, they ask that the Clerk expeditiously issue a subpoena ordering Discord to disclose Nexon information sufficient to identify the infringers, including the individuals' names, physical addresses, IP addresses, telephone numbers, email addresses, payment information, account updates and account history, as available, within 14 days of the issuance of the subpoena.

If you have any questions or concerns, please feel free to contact me via email at dwilliams@sulleelaw.com, via telephone at 214-206-4064, or via mail at 3030 Lyndon B. Johnson Fwy, Suite 220, Dallas, Texas 75234.

We appreciate your attention to this matter and await your response.

Sincerely,
*/s/ Dominique Williams*

Dominique Williams
**Sᴜʟ Lᴇᴇ Lᴀᴡ Fɪʀᴍ, Pʟʟᴄ**
Associate Attorney

## DECLARATION OF DOMINIQUE WILLIAMS IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. §512(h)

**STATE OF TEXAS** §
 §
**COUNTY OF DALLAS** §

I, Dominique Williams, declare and testify as follows:

1.      I am an attorney at law, duly licensed to practice in the State of Texas since 2021, SBOT No. 24125458. I am over the age of majority and under no legal impediment to state the following facts, all of which are true and correct and within my personal knowledge.

2.      I and my law firm have been engaged to represent Nexon Korea Corporation, a Korean corporation that designs and owns copyrights in several popular video games. By operation of such engagement and my admission to the State Bar of Texas, I am authorized and qualified to make this declaration for and on Nexon Korea Corporation's behalf, and I make this declaration for that reason.

3.      Nexon Korea Corporation seeks the issuance of a subpoena from this Court pursuant to 17 U.S.C. §512(h) to obtain information sufficient to identify the persons infringing its copyrighted works. Such identification is sought so that Nexon Korea Corporation, the rightful copyright holder, can seek legal redress against such infringers. Such personally identifying information will only be used for the purpose of protecting Nexon Korea Corporation's rights under the Copyright Act, 17 U.S.C. 101, *et. seq.*

4.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2023

Dominique Williams

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: _____

*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  |  |  |
|---|---|---|
| *CLERK OF COURT* | | |
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A**
**REQUEST FOR PRODUCTION**

1. Produce all information sufficient to identify the operator and/or owner (the "Infringers") of each of the servers who uploaded, hosted, and/or contracted with other providers to host the infringing content identified in the Exhibits attached to the DMCA Takedown NCotice dated September 20, 2023, sent by Mr. Sungchul Hwang on behalf of Nexon Korea Corporation ("Nexon"), requesting takedown of infringing MapleStory, MapleStory 2, The Kingdom of the Wings, Dungeon & Fighter, Grand Chase, and Elsword material (the "Copyrighted Material") attached to this subpoena, from any and all sources, including but not limited to, billing or administrative records that prove the following information used by each of the Infringers, along with a time-stamp, from the time of user registration and to date: (a) name(s), (b) last known address(es), (c) last known telephone number(s), (d) any and all email address(es), (e) account number(s), and (f) billing information (including, but not limited to, names, telephone number(s), and mailing and billing address(es) of each of all of the payment methods (including, but not limited to, credit cards, bank accounts, and any online payment systems)); (g) hosting provider(s), (h) server(s), (i) any other contact information; and (j) any and all logs of IP address(es).

Date: Sep. 20th, 2023

To Copyright Agent:

This notice is submitted by DAZIUNDA, LLC, on behalf of NEXON Korea. ("**Copyright Owner**"), pursuant to the Digital Millennium Copyright Act (the "**Act**") and Discord's Terms of Service.

The Copyright Owner possesses the exclusive rights to the copyrighted work (the "**Work**") identified below:

1. Title of the Work: MapleStory
   A. Official Website: https://maplestory.nexon.com/
   B. Description of the Work: MapleStory(Korean: 메이플스토리) is a 2D side-scrolling massively multiplayer online role-playing game developed and serviced by NEXON Korea.
2. Title of the Work: MapleStory2
   A. Official Website: https://maplestory2.nexon.com/
   B. Description of the Work: MapleStory2(Korean: 메이플스토리2) is 3D massively multiplayer online role-playing game developed and serviced by NEXON Korea.
3. Title of the Work: Sudden Attack
   A. Official Website: https://sa.nexon.com/
   B. Description of the Work: Sudden Attack(Korean: 서든어택) is a free-to-play multiplayer first-person shooter online game serviced by NEXON Korea
4. Title of the Work: The Kingdom of the winds
   A. Official Website: https://baram.nexon.com/
   B. Description of the Work: The Kingdom of the winds(Korean: 바람의 나라) ) is a 2D massively multiplayer online role-playing game developed and serviced by NEXON Korea.
5. Title of the Work: Dungeon & Fighter
   A. Official Website: https://df.nexon.com/
   B. Description of the Work: Dungeon & Fighter(Korean: 던전앤파이터) is a 2D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea
6. Title of the Work: Grand Chase
   A. Official Website: https://grandchase.nexon.com/
   B. Description of the Work: Grand Chase(Korean: 그랜드체이스) is 3D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea



7. Title of the Work: Elsword
   A. Official Website: https://elsword.nexon.com/
   B. Description of the Work: Elsword(Korean: 엘소드) is 3D side-scrolling massively multiplayer online role-playing game serviced by NEXON Korea

We have discovered that private servers, private server promoters, designers associated with private servers and cheat software sellers infringing upon the rights of the Copyright Owner, have been set up on Discord for illicit commercial activities, actively recruiting users.

This DMCA Notice has been written to request the immediate blockage of their servers, channels, and any IDs involved in the copyright infringement.

Please find below a detailed description of how each copyright infringer utilizes Discord for their infringing activities.

## I. Private Server

1. Circumventing the technological protective measures applied to the online game client developed and serviced by the Copyright Owner.
   A. Analyzing server-client communications through reverse engineering and developing server emulators imitating the server software developed by the Copyright Owner.
   B. Modifying the game client to connect to their server emulator IP.
2. Providing services related to the Work without lawful permission.
   A. Establishing accounts and servers on various OSPs, including Discord, to offer Work-related services for profit.
      i. Building websites.
      ii. Creating Discord IDs, servers, and channels.
      iii. Establishing Facebook pages and groups.
   B. Distributing the game client link modified as per section 1B on various OSPs including Discord.
   C. Directing users to connect to their private servers through the client mentioned in section 2B.
3. Engaging in illicit commercial activities without the permission of the Copyright Owner.
   A. Setting up various payment methods like PayPal, Paymentwall, and bank accounts.
   B. Creating various in-game items on the altered client as per section 1 and promoting

them through various OSPs established in section 2.

  C.  Guiding users through Discord IDs to payment methods, selling in-game items through conversations, and obtaining illegal profits.

## II. Private Server Promoter

1. Creation of a Discord server specifically for promoting private servers.
2. Dissemination of invitation links to private server operators and users.
3. Informing private server operators about server promotion costs via Discord DMs.
4. Granting special roles within the Discord server to private server operators who have paid the promotion fees.
5. Establishing a channel named after the private server for promotional purposes and granting administrative privileges to the operators.

## III. Designers associated with Private Servers

1. Creation of a Discord server to provide design works to private server operators and receive compensation in return
2. Setting up channels within the server to post design portfolios.
3. Sharing the Discord server invitation link with private server operators and encouraging them to join.
4. Informing the joined private server operators about the time and cost per design work via DMs, thus gaining financial benefits.
5. Producing image files using illustrations, character images, and other copyrighted materials from the Work, and then sending them to private server operators via DM.

## IV. Cheat software sellers

1. Development of a Cheat software that disables the technical protection measures applied to the Work and allows for actions not permitted within the game.
2. Creation of a Discord server and promotion of invitation codes to users of the Work.
3. Establishment of channels specific to each Cheat software, posting descriptions of the software's functionalities and prices.

4. Selling serial numbers of the Cheat software to purchasers via DMs, thus obtaining financial gains.

As illustrated, those involved in various forms of copyright infringement are using Discord services to maximize their illegal gains. For effective prevention of their infringing activities, immediate blocking of the Discord servers mentioned in this document is imperative.

It is important to note that simply deleting the message links cited as examples might not fully address the issue. These are instances of copyright infringement on Discord servers. To ensure comprehensive resolution, considering the blocking of both servers and the IDs of infringers might be beneficial. This can prevent continued infringing activities and protect the interests of all involved parties.

Exhibits attached to this document provide the server IDs of each Discord Server, UIDs of the infringers, and example message links demonstrating the infringing activities, as elaborated upon for each infringer.

I hereby state, under penalty of perjury, that the information contained in this Notice is accurate and that I am the authorized agent acting on behalf of the Copyright Owner. I have a good faith belief that the use of the Work described above, and used in the manner complained of, is not authorized by the Copyright Owner, its agent, or under the law.

We trust you will understand our concerns and, as stipulated in Sections 512(c)(1)(C) and 512(d)(3) of the Act and in accordance with Discord's own Terms of Service, we demand the immediate blocking of the Discord servers used for copyright infringement.

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the email address set forth as follows:



Name and Title: Sungchul Hwang, Technician
Company: DAZIUNDA, LLC.
Address: 675 Dalseo-daero, Dalseo-gu, Daegu, 42601, Republic of Korea
Email address: shiraz@daziunda.com
Telephone: +82-10-6514-1723


Truthfully


_____
Sungchul Hwang



**Exhibits – Private Server**

## 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| 로얄메이플 | Website (if applicable) | https://mapleroyal.cc/ |
| | Discord Server ID | 964822228724244530 |
| | Infringer UID | 871229837380034601, 761916413912678450 |
| | Invite Code | https://discord.com/invite/royalmaple |
| | Example message link of infringing activity | https://discord.com/channels/964822228724244530/979575719195705354/1126625454321848472 |
| 나나스토리 | Website (if applicable) | |
| | Discord Server ID | 1131827395104616561 |
| | Infringer UID | 1125676006502584330 |
| | Invite Code | https://discord.com/invite/cFvMbhfVq4 |
| | Example message link of infringing activity | https://discord.com/channels/1131827395104616561/1131851269758255155/1134363931884920892 |
| 니르바나 | Website (if applicable) | |
| | Discord Server ID | 1109426846015164416 |
| | Infringer UID | 1033704371348852848, 1024368046116188180, 331724026877837312, 434092344581816330, 107495484037300224 |
| | Invite Code | https://discord.com/invite/jYbEN3JMeP |
| | Example message link of infringing activity | https://discord.com/channels/1109426846015164416/1109428605487956069/1115952924128976947 |
| 달빛월드 | Website (if applicable) | |
| | Discord Server ID | 1054360713407254558 |
| | Infringer UID | 1054358551482613790 |
| | Invite Code | https://discord.com/invite/Mq2mea9zT9 |
| | Example message link of infringing activity | https://discord.com/channels/1054360713407254558/1054489845730381965/1134383159706910772 |
| 더블랙 | Website (if applicable) | |
| | Discord Server ID | 1118884714950971495 |
| | Infringer UID | 1118883355841282160, 633579801436880916 |



| | Invite Code | https://discord.com/invite/ux7BhGTD9q |
| --- | --- | --- |
| | Example message link of infringing activity | https://discord.com/channels/1118884714950971495/1118963200419971102/1135241310958276718 |
| 마르디아 | Website (if applicable) | |
| | Discord Server ID | 1042506166854492290 |
| | Infringer UID | 1040367342535843851, 1130876720757604413 |
| | Invite Code | https://discord.com/invite/43HS4fTHux |
| | Example message link of infringing activity | https://discord.com/channels/1042506166854492290/1042510622916628480/1130881472073576538 |
| 메리엘 | Website (if applicable) | |
| | Discord Server ID | 1105271478150234244 |
| | Infringer UID | 1050764025060937728, 804158172494561290 |
| | Invite Code | https://discord.com/invite/hmXVFR9vVQ |
| | Example message link of infringing activity | https://discord.com/channels/1105271478150234244/1105282759221587968/1124869027102212096 |
| 보헤미안 | Website (if applicable) | |
| | Discord Server ID | 1127549167129079820 |
| | Infringer UID | 1126866085472387082 |
| | Invite Code | https://discord.com/invite/cze8juG9kp |
| | Example message link of infringing activity | https://discord.com/channels/1127549167129079820/1132261952828223550/1132594764378808432 |
| 아리엘 | Website (if applicable) | |
| | Discord Server ID | 1101439954728530031 |
| | Infringer UID | 1100012824547303445 |
| | Invite Code | https://discord.com/invite/keqATsH4sa |
| | Example message link of infringing activity | https://discord.com/channels/1101439954728530031/1103877058469298279/1103877092535451694 |
| 엘니도 | Website (if applicable) | |
| | Discord Server ID | 1026870545410707517 |
| | Infringer UID | 947243390951637052, 1038481360974794882, 409258554940456971 |



| | Invite Code | https://discord.com/invite/AF2qUSRMGC |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1026870545410707517/1126894943915495576/1141314150337871872 |
| 엘리시아 | Website (if applicable) | |
| | Discord Server ID | 1020904508924121118 |
| | Infringer UID | 878319845228302368, 475653539637493760, 1114199652728836237, 391088733476093952 |
| | Invite Code | https://discord.com/invite/3RfQKzvgnD |
| | Example message link of infringing activity | https://discord.com/channels/1020904508924121118/1118879349211414558/1118879349211414558 |
| 엘리트 | Website (if applicable) | |
| | Discord Server ID | 1032262304387059754 |
| | Infringer UID | 311386662015860736 |
| | Invite Code | https://discord.com/invite/sWSnfG5PxX |
| | Example message link of infringing activity | https://discord.com/channels/1032262304387059754/1117670153774170203/1138489999008993370 |
| 연화 | Website (if applicable) | |
| | Discord Server ID | 1030748025611632650 |
| | Infringer UID | 910985312535195728, 1029084097835958373, 1027803455361921078, 1035222721774235698 |
| | Invite Code | https://discord.com/invite/YEONHWA |
| | Example message link of infringing activity | https://discord.com/channels/1030748025611632650/1118186021507567696/1118186021507567696 |
| 오리진 | Website (if applicable) | |
| | Discord Server ID | 1128292662034825288 |
| | Infringer UID | 947979138667540511 |
| | Invite Code | https://discord.com/invite/HHYDzTb3JF |
| | Example message link of infringing activity | https://discord.com/channels/1128292662034825288/1138728294406180875/1138728698900643840 |
| 추억 | Website (if applicable) | |
| | Discord Server ID | 1094653302555295904 |
| | Infringer UID | 1094651229411495977 |



| | | Website (if applicable) | |
|---|---|---|---|
| | | Invite Code | https://discord.com/invite/yRFWcvAwhN |
| | | Example message link of infringing activity | https://discord.com/channels/1094653302555295904/1094662279934517358/1118383072518344854 |
| 헤븐 | | Website (if applicable) | |
| | | Discord Server ID | 1042521202217984090 |
| | | Infringer UID | 380220821630877697, 1044161576246194227 |
| | | Invite Code | https://discord.com/invite/vDfpRsMryS |
| | | Example message link of infringing activity | |
| 베리즈 | | Website (if applicable) | |
| | | Discord Server ID | 1145419190828810430 |
| | | Infringer UID | 1089508646666391564 |
| | | Invite Code | https://discord.com/invite/HwcQ2zMHnJ |
| | | Example message link of infringing activity | https://discord.com/channels/1145419190828810430/1145420195842773053/1148961645276704828 |
| 나노메이플 | | Website (if applicable) | |
| | | Discord Server ID | 1145316604792557668 |
| | | Infringer UID | 1145315916473696357 |
| | | Invite Code | https://discord.gg/FXxyQC6uxJ |
| | | Example message link of infringing activity | https://discord.com/channels/1145316604792557668/1145320257200848936/1146038906043781230 |
| 클래스리마스터 | | Website (if applicable) | |
| | | Discord Server ID | 1112739691582738484 |
| | | Infringer UID | 1093356432646209556 |
| | | Invite Code | https://discord.com/invite/ECVebcpSQ |
| | | Example message link of infringing activity | https://discord.com/channels/1112739691582738484/1112743265159086101/1129223438410715256 |
| 파스텔 | | Website (if applicable) | |
| | | Discord Server ID | 1043088654215680080 |
| | | Infringer UID | 1042794887088713742 |



| | Invite Code | https://discord.com/invite/pR4sSaFCk9 |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1043088654215680080/1043089950154952704/1043835143237935114 |
| 일리시움 | Website (if applicable) | |
| | Discord Server ID | 1074227978436878339 |
| | Infringer UID | 1064176770401701928 |
| | Invite Code | https://discord.com/invite/QCz2hQTbAb |
| | Example message link of infringing activity | https://discord.com/channels/1074227978436878339/1074232457148235886/1074232457148235886 |
| MapleRoyals | Website (if applicable) | https://mapleroyals.com/ |
| | Discord Server ID | 1008174423846686801 |
| | Infringer UID | 193812754748932097, 234419725264748545, 363925896542945281, 643637551521071104, 523378611504545802, 192326524605693953, 661979159005757441, 306742152057192448, 124900571210579968 |
| | Invite Code | https://discord.com/invite/MzVfDU5PTP |
| | Example message link of infringing activity | https://discord.com/channels/1008174423846686801/1008469418227019786/1113820806166876220 |
| MapleLegends | Website (if applicable) | https://maplelegends.com/ |
| | Discord Server ID | 969341430596239420 |
| | Infringer UID | 209979685793169409, 471028041884106755, 145991605294202881, 480184783540977684, 187213676007129089, 484072796184510464, 266106931414958081 |
| | Invite Code | https://discord.com/invite/MapleLegends |
| | Example message link of infringing activity | https://discord.com/channels/969341430596239420/969404011407110164/971458813465067620 |
| Kaizen MS | Website (if applicable) | https://kaizenms.net/ |
| | Discord Server ID | 1089434657877151798 |
| | Infringer UID | 384136868922392577, 916420967662760037, 681977430436741150 |
| | Invite Code | https://discord.com/invite/VnbfEmfSKv |
| | Example message link of infringing activity | https://discord.com/channels/1089434657877151798/1089476204404420618/1093829107357335593 |
| AriesMS | Website (if applicable) | https://aries.elluel.net/ |



| | Discord Server ID | 983558194771136522 |
|---|---|---|
| | Infringer UID | 954639290955100171, 112048536610230272, 905369471399641099, 709246694587629619, 1062662917637558322 |
| | Invite Code | https://discord.com/invite/yfZaUDN9QX |
| | Example message link of infringing activity | https://aries.elluel.net/?page=download<br>Unable to find the message link, so the download URL from the website is indicated. |
| MapleSaga | Website (if applicable) | https://maplesaga.com/ |
| | Discord Server ID | 1100932401636585583 |
| | Infringer UID | 1100931593956241429 |
| | Invite Code | https://discord.com/invite/t6wCKkWA |
| | Example message link of infringing activity | https://discord.com/channels/1100932401636585583/1122357173922574368/1122357214800269393 |
| DreamMS | Website (if applicable) | https://dreamms.gg/ |
| | Discord Server ID | 920833230704361483 |
| | Infringer UID | 509461724613705747, 376239020427968523, 101832932653531136, 219415732075626497, 1101038194893520946, 346764205195526145 |
| | Invite Code | https://discord.com/invite/dreamms |
| | Example message link of infringing activity | https://discord.com/channels/920833230704361483/1019902532438462504/1084191032138276894 |
| AmoriaMS | Website (if applicable) | https://amoria.ms/ |
| | Discord Server ID | 1027016983524425768 |
| | Infringer UID | 1006311848091603115, 326979713245642754, 163332777352101889 |
| | Invite Code | https://discord.com/invite/PyJ5xg2mNh |
| | Example message link of infringing activity | https://discord.com/channels/1027016983524425768/1116978163621310536/1117174718479474788 |
| Maple Lumiere | Website (if applicable) | |
| | Discord Server ID | 952846286304972820 |
| | Infringer UID | 424940638870568966, 799590952972451860, 953226673455763526 |
| | Invite Code | https://discord.com/invite/EPs8TbaSDJ |
| | Example message link of infringing activity | https://discord.com/channels/952846286304972820/952863823046508555/1109560432580100116 |



| Haiku MS | Website (if applicable) | https://maplelumiere.com/ |
|----------|------------------------|---------------------------|
| | Discord Server ID | 966282526979137566 |
| | Infringer UID | 893942580415447051, 761959531763859477 |
| | Invite Code | https://discord.com/invite/haikums |
| | Example message link of infringing activity | https://discord.com/channels/966282526979137566/996726878754852874/1138711690494623834 |

## 2. Infringed Work – MapleStory2

| Server Name | Category | Description |
|-------------|----------|-------------|
| MapleStars2 | Website (if applicable) | https://maplestars2.to/ |
| | Discord Server ID | 992025420738342922 |
| | Infringer UID | 989125239508193290, 1028678364959101000, 988446898933358603 |
| | Invite Code | https://discord.com/invite/hwZ99PzH23 |
| | Example message link of infringing activity | https://discord.com/channels/992025420738342922/992028695625728131/1145420727403696309 |

## 3. Infringed Work – The Kingdom of the winds

| Server Name | Category | Description |
|-------------|----------|-------------|
| 곰서버 | Website (if applicable) | https://baramyeon.com/ |
| | Discord Server ID | 919185316450025472 |
| | Infringer UID | 919192763701002310, 502350931459964929 |
| | Invite Code | https://discord.com/invite/rppSeR7j7U |
| | Example message link of infringing activity | https://discord.com/channels/919185316450025472/919185316450025475/1147857978742018118 |
| 도툴서버 | Website (if applicable) | https://baram2006.com/ |
| | Discord Server ID | 1097098377612767302 |
| | Infringer UID | 711211501536673834 |
| | Invite Code | https://discord.com/invite/CKwRD2FTdU |
| | Example message link of infringing activity | https://discord.com/channels/1097098377612767302/1097098377612767308/1097104048718630972 |



| 로얄클래스 | Website (if applicable) | |
|---|---|---|
| | Discord Server ID | 1130783690486726698 |
| | Infringer UID | 463880315308343296 |
| | Invite Code | https://discord.com/invite/xMXVg6GrrE |
| | Example message link of infringing activity | https://discord.com/channels/1130783690486726698/1146704131558494258/1146705497274196048 |
| 레어서버 | Website (if applicable) | |
| | Discord Server ID | 971042214505500733 |
| | Infringer UID | 287481919736643584 |
| | Invite Code | https://discord.com/invite/9nSJGqJVBv |
| | Example message link of infringing activity | https://discord.com/channels/971042214505500733/1008678934604415016/1145720824314220644 |
| 리마스터 | Website (if applicable) | https://baramrema.com/ |
| | Discord Server ID | 1101069480173502515 |
| | Infringer UID | 899496219963977779 |
| | Invite Code | https://discord.com/invite/kmnr6uBUhy |
| | Example message link of infringing activity | https://discord.com/channels/1101069480173502515/1109103076230574081/1138674144343511052 |
| 목도 | Website (if applicable) | |
| | Discord Server ID | 979000977308938251 |
| | Infringer UID | 459600042035118081 |
| | Invite Code | https://discord.com/invite/Ut4Ndh8hkR |
| | Example message link of infringing activity | https://discord.com/channels/979000977308938251/979000977875152957/1095178394985058364 |
| 도씨검(불홍) | Website (if applicable) | https://boolhong.com/ https://dossisword.com/ |
| | Discord Server ID | 1116334541536247849 |
| | Infringer UID | 1139798024709754910 |
| | Invite Code | https://discord.com/invite/wdDP6rsyQT |
| | Example message link of infringing activity | https://discord.com/channels/1116334541536247849/1139800371934535681/1142911958908162199 |



| 서월 | Website (if applicable) | |
|---|---|---|
| | Discord Server ID | 819592720284647445 |
| | Infringer UID | 810792314578534420, 371269483907514380 |
| | Invite Code | https://discord.com/invite/B4FTb9TfHw |
| | Example message link of infringing activity | https://discord.com/channels/819592720284647445/819593028729307176/1081046740582539324 |
| 설 | Website (if applicable) | |
| | Discord Server ID | 1105760887614226482 |
| | Infringer UID | 946978171197222913 |
| | Invite Code | https://discord.com/invite/CvKAD9ZPp4 |
| | Example message link of infringing activity | https://discord.com/channels/1105760887614226482/1106078004536426566/1106078250284884048 |
| 여울 | Website (if applicable) | |
| | Discord Server ID | 1124815716252655767 |
| | Infringer UID | 1124812190382305300 |
| | Invite Code | https://discord.com/invite/kwCVNWQaKx |
| | Example message link of infringing activity | https://discord.com/channels/1124815716252655767/1124818435906474024/1132280809261367366 |
| 향기 | Website (if applicable) | https://baramhyangky.com/ |
| | Discord Server ID | 1129281116394770512 |
| | Infringer UID | 1129279878940864563 |
| | Invite Code | https://discord.com/invite/GUkzgDh9af |
| | Example message link of infringing activity | https://discord.com/channels/1129281116394770512/1129313725900410900/1147857191756370041 |

## 4. Infringed Work – Dungeon & Fighter

| Server Name | Category | Description |
|---|---|---|
| 고고서버 | Website (if applicable) | |
| | Discord Server ID | 1056887838811095070 |
| | Infringer UID | 1009794472090757150, 578585678032666635 |



| | Invite Code | https://discord.com/invite/dnfgogoserver |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1056887838811095070/1056887839331188762/1147116321885138985 |
| 다마고치 | Website (if applicable) | |
| | Discord Server ID | 998261617122877450 |
| | Infringer UID | 996087515750608906 |
| | Invite Code | https://discord.gg/pEF84DQYxG |
| | Example message link of infringing activity | https://discord.com/channels/998261617122877450/1131361225238904923/1131361283627831508 |
| 다마고치파일설치서버 | Website (if applicable) | |
| | Discord Server ID | 1013044686178500658 |
| | Infringer UID | 996087515750608906 |
| | Invite Code | https://discord.gg/4Xu7P4bE6q |
| | Example message link of infringing activity | https://discord.com/channels/1013044686178500658/1013103008042725438/1125126609343615118 |
| 솔로서버 | Website (if applicable) | |
| | Discord Server ID | 1009315858583146506 |
| | Infringer UID | 849188971358453790, 298787494852427776, 699204770430451813 |
| | Invite Code | https://discord.com/invite/azdh2AJcef |
| | Example message link of infringing activity | https://discord.com/channels/1009315858583146506/1009317468562542612/1012628878897991680 |
| 스톤서버 | Website (if applicable) | |
| | Discord Server ID | 1126488573412130828 |
| | Infringer UID | 1126488091742453780 |
| | Invite Code | https://discord.com/invite/cZBHU4XJ4Y |
| | Example message link of infringing activity | https://discord.com/channels/1126488573412130828/1131390156285427863/1131390212711391232 |
| 투데이서버 | Website (if applicable) | |
| | Discord Server ID | 1055673919102791730 |
| | Infringer UID | 1055672024204324884, 652516091179827221 |



| | Invite Code | https://discord.com/invite/gkeZQFkjp4 |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1055673919102791730/1055717828159877141/1055718986840551434 |

## 5. Infringed Work – Grand Chase

| Server Name | Category | Description |
|---|---|---|
| Agnesia Online | Website (if applicable) | https://agnesia.xyz/ |
| | Discord Server ID | 801129191016890369 |
| | Infringer UID | 94888096872534016, 744975698094981241, 986602882243645450 |
| | Invite Code | https://discord.com/invite/s9ZdYjYu4K |
| | Example message link of infringing activity | https://discord.com/channels/801129191016890369/988141631721078784/1064180269373997086 |
| Unreal World | Website (if applicable) | |
| | Discord Server ID | 1029984952021946378 |
| | Infringer UID | 335801526993944586, 1034629091661463603, 1130629509452922932 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1029984952021946378/1029990075364282389/1129117781976166430 |
| Ernasis Online | Website (if applicable) | https://ernasis.xyz/ |
| | Discord Server ID | 285041318097453066 |
| | Infringer UID | 228275969583087618, 252570710537535489, 164499007245123584, 962467635444985877 |
| | Invite Code | https://discord.com/invite/r7bhnwNH4S |
| | Example message link of infringing activity | https://discord.com/channels/285041318097453066/454796689186881536/1128814644765655161 |
| Chase Fantasy | Website (if applicable) | https://chasefantasy.com.br/ |
| | Discord Server ID | 916140140689231872 |
| | Infringer UID | 252617685668462602, 905612017707126796 |
| | Invite Code | https://discord.com/invite/utqfZHnfEj |
| | Example message link | https://discord.com/channels/916140140689231872/916719544603656222/943696202778681344 |



| | of infringing activity | |
|---|---|---|
| Chase History | Website (if applicable) | https://chasehistory.net/ |
| | Discord Server ID | 930958255637790770 |
| | Infringer UID | 524650465363755041, 417470929325522945, 262695247102869531, 643276841708421153, 243303438656471040, 334871888645980160, 183285042527600640, 246451871051415554, 592451854529593582, 407892854363521024, 452710782552113152, 517657460321026058, 158243227953135617, 282354606225358848, 338594696320516098, 282563385994903553, 870447161043730432, 256208300633358336, 262614246167150602, 662160822008807443, 614971797108031508, 206420067297132544, 334871888645980160, 341996795838201867, 252452032399540225 |
| | Invite Code | https://discord.com/invite/5KBXACWFjz |
| | Example message link of infringing activity | https://discord.com/channels/930958255637790770/931247448725270538/935523440310493204 |

## 5. Infringed Work – Elsword

| Server Name | Category | Description |
|---|---|---|
| ElsZero | Website (if applicable) | https://elszero.net/ |
| | Discord Server ID | 905611290314174524 |
| | Infringer UID | 254701061602803723, 661957278051860508, 340784038036111361, 163051261678059520, 242694370795454467, 173551678329454593, 560939942411501575, 167680707072753664 |
| | Invite Code | https://discord.com/invite/sEg7RCT2n8 |
| | Example message link of infringing activity | https://discord.com/channels/905611290314174524/905616521152331816/930665176292786177 |
| ElRosso | Website (if applicable) | |
| | Discord Server ID | 1040290955330326528 |
| | Infringer UID | 163051261678059520, 104702718974685184, 340784038036111361, 173551678329454593, 254701061602803723, 711197723881373698, 167680707072753664, 560939942411501575, 1118683173698666557, 429522484715323393 |
| | Invite Code | https://discord.com/invite/7qeatFqpjm |
| | Example message link of infringing activity | https://discord.com/channels/1040290955330326528/1062097464011800637/1112151457060368434 |



**Exhibits – Private Server Promoter**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 프리웨어 | Website (if applicable) | |
| | Discord Server ID | 954742710659608617 |
| | Infringer UID | 1040122600812187688 |
| | Invite Code | https://discord.com/invite/rx4FMJFCNQ |
| | Example message link of infringing activity | https://discord.com/channels/954742710659608617/1148248400354103306/1148248457388236801 |
| 서버공유방 | Website (if applicable) | |
| | Discord Server ID | 1087023612395016353 |
| | Infringer UID | 848606213831000074 |
| | Invite Code | https://discord.com/invite/PyCYWZJ64M |
| | Example message link of infringing activity | https://discord.com/channels/1087023612395016353/1123481226293035059 |



**Exhibits – Designers associated with Private Servers**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 이클립스 | Website (if applicable) | |
| | Discord Server ID | 1044094096127561819 |
| | Infringer UID | 742785576679374941, 416095865074352129 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1044094096127561819/1044131700634030100/1086865698724249672 |



**Exhibits – Private Server Promoter**

**1. Infringed Work – MapleStory**

| Server Name | Category | Description |
|---|---|---|
| 프리웨어 | Website (if applicable) | |
| | Discord Server ID | 954742710659608617 |
| | Infringer UID | 1040122600812187688 |
| | Invite Code | https://discord.com/invite/rx4FMJFCNQ |
| | Example message link of infringing activity | https://discord.com/channels/954742710659608617/1148248400354103306/1148248457388236801 |
| 서버공유방 | Website (if applicable) | |
| | Discord Server ID | 1087023612395016353 |
| | Infringer UID | 848606213831000074 |
| | Invite Code | https://discord.com/invite/PyCYWZJ64M |
| | Example message link of infringing activity | https://discord.com/channels/1087023612395016353/1123481226293035059 |



**Exhibits – Cheat Software Seller**

## 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| MapleSpirits | Website (if applicable) | https://www.maplespirit.net/ |
| | Discord Server ID | 994541014490550292 |
| | Infringer UID | 305387689660907530, 206881044916469760, 125118828123258880 |
| | Invite Code | https://discord.com/invite/XNBAkbgw8z |
| | Example message link of infringing activity | https://discord.com/channels/994541014490550292/994545558313398302/1126546196878589974 |
| | | https://discord.com/channels/994541014490550292/1049317508961804288/1049317968661725244 |

## 2. Infringed Work – Sudden Attack

| Server Name | Category | Description |
|---|---|---|
| 스완 | Website (if applicable) | |
| | Discord Server ID | 1111257063524413474 |
| | Infringer UID | 1111223462569201724, 961877053068689459, 1020587264276971530 |
| | Invite Code | https://discord.com/invite/pAB8BykUCN |
| | Example message link of infringing activity | https://discord.com/channels/1111257063524413474/1144409110889119784/1147346169257795615 |
| | | https://discord.com/channels/1111257063524413474/1111257064652685371/1132533876556832830 |
| 스노우몰 | Website (if applicable) | |
| | Discord Server ID | 902200384607641601 |
| | Infringer UID | 789726809632669726 |
| | Invite Code | https://discord.gg/sURfYC4v3A |
| | Example message link of infringing activity | https://discord.com/channels/902200384607641601/1093517368682086470/1133077261810155520 |
| | | https://discord.com/channels/902200384607641601/1030657341835706388/1074704630061211749 |



FILED-USDC-NDTX-DA
'23 OCT 13 AM 9:54

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:23-MC-00061

**IN RE DMCA SECTION 512(H) Subpoena
to IPXO**

Received these papers on the 5th day of October, 2023 at 8:45 am to be served on **IPXO LLC care of its Registered Agent, ZENBUSINESS, INC, 5511 Parkcrest Drive, Suite 103, Austin, Travis County, TX 78731**.

I, Vivian Smith, being duly sworn, depose and say that on the **9th day of October, 2023** at **11:55 am, I:**

hand-delivered a true copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with attachments,** to **IPXO LLC care of its Registered Agent, ZENBUSINESS, INC** by and through its authorized agent, **VANESSA GARZA,** at the address of: **5511 Parkcrest Drive, Suite 103, Austin, Travis County, TX 78731,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 9th day of
October, 2023 by the affiant who is personally known to
me.



NOTARY PUBLIC

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927



**Vivian Smith**
PSC-12617, Exp. 5/31/2024

Our Job Serial Number: THP-2023006459
Ref: 2770164

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| In re DMCA Section 512(h) Subpoena to IPXO | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-mc-00061 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
IPXO LLC, c/o ZenBusiness Inc.
5511 Parkcrest Dr., Ste 103, Austin, Texas 78731

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Sul Lee Law Firm, PLLC<br>3030 Lyndon B. Johnson Fwy, Suite 220<br>Dallas, Texas 75234 | Date and Time:<br><br>10/13/2023 12:00 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/03/2023

*CLERK OF COURT*

s/ N. Taylor

*Signature of Clerk or Deputy Clerk*                    OR                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Sul Lee Law Firm, PLLC 3030 LBJ Fwy, Suite 220, Dallas Texas 75234              , who issues or requests this subpoena, are:

Sul Lee, sul@sulleelaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

RETURN / AFFIDAVIT
PROOF / ATTACHED

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A**
**REQUEST FOR PRODUCTION**

1. Produce all information sufficient to identify the operator and/or owner (the "Infringers") of each of the servers who uploaded, hosted, and/or contracted with other providers to host the infringing content identified in Exhibits A-K attached to the DMCA Takedown Notice dated September 22, 2023, sent by Mr. Sungchul Hwang on behalf of Nexon Korea Corporation ("Nexon"), requesting takedown of infringing MapleStory material (the "Copyrighted Material") attached to this subpoena, from any and all sources, including, but not limited to, billing or administrative records that prove the following information used by each of the Infringers, along with a time-stamp, from the time of user registration and to date: (a) name(s), (b) last known address(es), (c) last known telephone number(s), (d) any and all email address(es), (e) account number(s), and (f) billing information (including, but not limited to, names, telephone number(s), and mailing and billing address(es) of each of all of the payment methods (including, but not limited to, credit cards, bank accounts, and any online payment systems)); (g) hosting provider(s), (h) server(s), (i) any other contact information; and (j) any and all logs of IP address(es).

EXHIBIT B



Oct 19, 2023

Ms. Sul Lee
Sul Lee Law Firm, PLLC
3030 Lyndon B Johnson Fwy, Suite 220
Dallas,Texas75234

Via email: sul@sulleelaw.com

Re: **Responses and Objections of Discord Inc. to DMCA Section 512(h) Subpoena**

Dear Ms. Lee:

Alleged service provider Discord Inc. ("Discord" or "Operator"), pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure and Section 512(h) of the Digital Millennium Copyright Act ("DMCA"), hereby responds and objects to In re DMCA Section 512(h) Subpoena to Discord ("Subpoena" or "Requests") dated Oct. 3, 2023 and propounded on behalf of alleged copyright holder Nexon Korea ("Nexon" or "Owner"), stating as follows:

GENERAL OBJECTIONS AND RESERVATIONS

1.  Discord objects to the Requests in their entirety to the extent that they seek documents or information prepared in anticipation of litigation or protected from disclosure by the attorney-client privilege, the work-product doctrine, or any other applicable claim of privilege or protection from or restriction against disclosure under federal, state, or any other applicable or relevant law, regulation, case authority, or principle. Discord asserts all such applicable privileges, protections, and immunities, and any inadvertent disclosure, identification, or production of such documents or information shall not waive those privileges, protections, or immunities.

2.  Discord objects to the Requests as seeking the disclosure of electronic communications; the federal Stored Communications Act ("SCA"), 18 U.S.C. § 2701 et seq., strictly prohibits Discord, a service provider within the meaning of the SCA, from disclosing the contents of communications to third parties. A civil subpoena or court order is not sufficient under the SCA to compel production of contents of communications from a provider.

3.  Discord respects the right of its users to anonymity and privacy regarding, among other things, personal identifying information (e.g. usernames, passwords, emails, phone numbers, and personal data (e.g. DOB)) and commercial information (e.g. billing information) as

reflected in Discord's Terms of Service, Community Guidelines and Privacy Policy, and consistent with our user's legal rights to privacy. Discord objects to the Requests as seeking disclosure of user information that does not align with these rules, policies and laws, and objects to producing this information except as otherwise required by law or compelled by court order or regulatory body.

4.       The Requests have no temporal limitation and are therefore overbroad and unduly burdensome. Unless stated otherwise, Discord objects to providing information that is not limited to the six month period leading up to the date of the Subpoena.

5.       Discord objects to the Requests, including the definitions and instructions contained therein, to the extent that they seek to impose obligations on Discord that are different from, or in addition to, the obligations imposed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or any other rule, law, or order applicable to this action.

6.       Discord objects to the Requests to the extent that they seek documents or information not material or necessary to the present action. No response by Discord should be deemed to constitute an agreement or concession that the subject matter thereof is relevant to this action.

7.       Discord objects to the Requests to the extent that they seek documents or information already in a party's possession, custody, or control, outside Discord's possession, custody, or control, as equally available to Discord as to Owner, a matter of public record, already known to Owner, or obtainable from some other source that is more convenient, less burdensome, or less expensive than obtaining the documents or information from Discord.

8.       Discord objects to the Requests to the extent that they are vague, ambiguous, duplicative, overbroad, unduly burdensome, intended solely to harass and delay, lacking in specificity, not proportional to the needs of the case, and/or seeking irrelevant information.

9.       Discord objects to the Requests to the extent that they assume or imply facts or contentions not established by the record or that are otherwise contradicted. In responding or objecting to the Requests, Discord does not concede, and should not be understood as conceding, the accuracy of any such fact or contention.

10.      Discord objects to the terms "Discord Inc" "You," or "Copyright Agent" as undefined, overly broad and as seeking documents or things that are outside Discord's possession, custody or control. Absent a clear definition and specific identification of entities and persons, Discord shall interpret the defined terms "Discord Inc" "You" and "Copyright Agent" to mean Discord, Inc., its officers, directors, employees and any person or entity from whom Discord has the legal right to obtain documents or things on demand.

11.     Discord objects to the Requests as infringing its users' decisions to remain anonymous, an aspect of their freedom of speech protected by the First Amendment. The Requests improperly seek to unmask anonymous speakers and consequently compel disclosure of material protected by the First Amendment.

12.     Discord objects to the Requests to the extent they seek documents or things that Discord is under an obligation to third parties not to disclose, or information otherwise subject to confidentiality restrictions of a third party.

13.     Discord objects to the Requests as requiring more of Discord than making such inquiry as is practical under the circumstances and seeking information beyond what is reasonably available to Discord. Without regard to objections made or not made in these General Objections, Discord reserves the right to make any appropriate objections concerning any documents or information that may be provided in response to the Requests, or otherwise, at any hearing or trial in this matter.

14.     Discord objects that the fees, expenses and costs of compliance with the Subpoena are significant and should therefore be shifted to Owner. The Requests seek information sufficient to identify hundreds of individual users and operators and owners of Discord servers. Requiring Discord to provide 10 or more types of identifying information for each of these hundreds of users and server owners or operators based largely on researching the 18-digit identification numbers associated with each of these accounts is harassment, unnecessarily inefficient and imposes undue costs on Discord measured by the significant amount of time and expense required to complete this inquiry. Owner and their counsel have failed to take reasonable steps to avoid imposing undue burden or expense on Discord, as required under Rule 45(d)(1).

15.     Discord objects to the Subpoena as commanding production of documents and things at a place that does not comply with Rule 45(c)(2).

16.     In many instances, the Owner has failed to allege a prima facie case of copyright infringement, as evidenced by Owner's failure to respond to Discord's request for clarification regarding certain accounts in Owner's DMCA Takedown Notice. Discord objects that the Subpoena is not enforceable in each such instance where Owner has failed to plead or otherwise establish a prima facie claim of copyright infringement.

17.     The Subpoena is invalid because it was issued from a court that lacks proper venue and personal jurisdiction over a named service provider.

18.     These general objections are incorporated by reference in the specific responses and objections made below, which are made subject to and without waiving these general objections. The specific objections are intended to amplify the general objections, and neither limit the applicability of any of the general objections nor waive any objections which may be applicable to each request.

Discord Inc. 444 De Haro St Suite 200, San Francisco, CA 94107

REQUEST FOR PRODUCTION OF DOCUMENTS

1.      Produce all information sufficient to identify the operator and/or owner (the"Infringers") of each of the servers who uploaded, hosted, and/or contracted with other providers to host the infringing content identified in Exhibits attached to the DMCA Takedown Notice dated September 20, 2023, sent by Mr. Sungchul Hwang on behalf of Nexon Korea Corporation("Nexon"), requesting takedown of infringing MapleStory, MapleStory2, The Kingdom of the Wings, Dungeon &  Fighter, Grand Chase, and Elsword material (the " Copyrighted Material") attached to this subpoena, from any and all sources, including but not limited to, billing or administrative records that prove [sic] the following information used by each of the Infringers, along with a time-stamp, from the time of user registration and to date:(a) name(s), (b) last known address(es), (c) last known telephone number(s), (d) any and all email address(es), (e) account number(s),and (f) billing information (including, but not limited to, names, telephone number(s), and mailing and billing address(es) of each of all of the payment methods (including, but not limited to, credit cards, bank accounts, and any online payment systems));(g) hosting provider(s),(h) server(s),(i) any other contact information;and (j) any and all logs of IP address(es).

RESPONSE TO REQUEST NO. 1

Discord incorporates by reference each of the stated general objections as if fully set forth herein. Discord also objects to this Request as overbroad and unduly burdensome because it seeks "all information," including 10 or more types of identifying information, for each of hundreds of individual users and owners or operators of specific servers, and purports to require Discord to provide this information based on researching the 18-digit identifying numbers that Owner purports to provide for the accounts at issue. Owner and its counsel, by continuing to pursue this information, violate their duty under Rule 45(d)(1) to take reasonable steps to avoid imposing undue burden or expense on the third-party recipient. Furthermore, the costs of complying with the Request are significant; accordingly, Rule 45(d)(2)(B)(ii) requires that these costs be shifted to Owner. In addition, Discord objects to this request as making vague and ambiguous references to "operators and/or owners . . . of each of the servers who uploaded, hosted, and/or contracted with other providers" with no explanation whether and how these accounts infringed copyrighted material. The alleged infringement on which the Subpoena is based is therefore undefined, not clear, and, depending upon a more specific definition, encompasses an unreasonably broad range of topics irrelevant to the claims and defenses of the Owner and alleged infringers in this case and/or is not proportional to the needs of the case.

Subject to its general and specific objections, Discord will produce reasonably accessible, non-privileged documents sufficient to identify the names, street addresses, emails and/or phone numbers, if available, associated with individual user identification numbers ("IUD#s") who are alleged to infringe the copyrighted material, contingent upon Owner and Discord mutually agreeing in advance on reimbursing the reasonable fees, costs and expenses incurred

by Discord in conducting this investigation. Alternatively, subject to Owner and Discord mutually agreeing on reducing the scope of the Subpoena to cover a far more limited number of alleged infringing IUD#s, Discord will produce reasonably accessible, non-privileged documents sufficient to identify the names, emails, street addresses and/or phone numbers, if available, for this limited number of accounts without requiring reimbursement of its fees, costs and expenses.

Sincerely,
 /s/ David Bohrer

David Bohrer
Legal Counsel, Discord

**EXHIBIT C**

Re: DMCA Subpoena

David Bohrer <david.bohrer@discordapp.com>

Wed 11/8/2023 2:40 PM

To:Dominique Williams <DWilliams@sulleelaw.com>
Cc:Sul Lee <sul@sulleelaw.com>;Jessica Findley <JFindley@sulleelaw.com>

Dominique,

Thank you for your email of Nov. 2, 2023.

I don't think we are in full alignment on issues regarding compliance with the subpoena. You say in the email, "[a]ttached, my client has identified a series of users whose information is required to aid in an ongoing investigation and prosecution of infringers. Those accounts are denoted required and color coded green in the spreadsheet." However, the purported narrower group of "required" accounts continues to cover hundreds of UIDs and server/administrator IDs, many of which are not the actual infringers. For reasons previously discussed, it is both unduly burdensome and unnecessary for Discord to address an inquiry of this scope. Please send us a revised response limited to a non-duplicative list of UIDs for the individual users who allegedly posted the infringing content. As I've said before, we reserve all objections pending receipt of this information.

You also say in the email, "[a]s for the accounts that do not have the "required" designation, my client is requesting blocking of those servers and production of information for the administrators of those particular servers, specifically, the narrowed classes of information that we discussed (name, address, telephone numbers, and IP address)." However, Discord has no obligation under 512(h) to "block" any accounts, and it is unduly burdensome to investigate identifying information for servers/administrators that are not the alleged infringing users - we don't agree to do this.

Please let me know if you would like to discuss any of these matters. Unless expressly stated, this communication should not be characterized as agreeing to any specific fact, legal argument or proposal.

Dave

**David Bohrer** | Legal Counsel | david.bohrer@discordapp.com

On Thu, Nov 2, 2023 at 9:30 AM Dominique Williams <DWilliams@sulleelaw.com> wrote:

Hi David,

I wanted to follow up with our call, and provide you with a spreadsheet detailing the information sought by my client and additional context regarding the request. Attached, my client has identified a series of users whose information is required to aid in an ongoing investigation and prosecution of infringers. Those accounts are denoted required and color coded green in the spreadsheet.

As for the accounts that do not have the "required" designation, my client is requesting blocking of those servers and production of information for the administrators of those particular servers, specifically, the narrowed classes of information that we discussed (name, address, telephone numbers, and IP address).

Please let me know if you have any questions or concerns about the foregoing.

Case 3:23-mc-00062-S     Document 5     Filed 12/20/23     Page 44 of 47     PageID 129

Kind regards,

**Dominique Williams** Associate Attorney

**Ph:** 214.206.4064  **Fax:** 214.206.4068

**E:** dwilliams@sulleelaw.com

3030 Lyndon B Johnson Fwy STE 220 Dallas, TX
75234

www.sulleelaw.com





---

**From:** David Bohrer <david.bohrer@discordapp.com>
**Sent:** Monday, October 30, 2023 2:25 PM
**To:** Dominique Williams <DWilliams@sulleelaw.com>
**Subject:** Re: DMCA Subpoena

Dominique,

Thank you for contacting me to discuss our objections to the Nexon DMCA 512(h) subpoena.

Confirming our conversation, you asked how much it would cost for Discord to develop the
information that is currently requested in the subpoena. I said we had not yet developed a specific
estimate pending determination whether Nexon is willing to limit the scope of the subpoena. I said
my impression was that the costs would be significant, in the range of tens of thousands of dollars
or more, and I said that I could develop a more specific demand if the efforts to otherwise limit the
subpoena were not successful.

You advised that you are only interested in obtaining identifying information for the "actual posters
of the infringing content," as distinguished from owners and operators of any servers. You agreed to
ask your client to identify in writing and share with us this narrower group of users. Depending upon
what we learn, this may or may not make a difference, but we need to start somewhere and the
requests as currently framed are unduly burdensome.

Regarding the type of identifying information to be provided for each infringing user, you said you
are looking for the IP address, email, telephone number and name and street address such as found
in billing information. This is still burdensome to research and collect, and we may end up
determining that, depending upon the user, certain types of information are not within our
possession or control. We should revisit this issue once we receive the above clarification of the
infringing users for which information is sought.

Please let me know if this summary is inaccurate or if you have any questions.

That certain issues were not discussed should not be interpreted as Discord waiving any objections; to the contrary, Discord reserves all objections and rights pending the parties' completion of their efforts to informally resolve the discovery disputes.

Sincerely,

Dave

**David Bohrer** | Legal Counsel | david.bohrer@discordapp.com

On Wed, Oct 25, 2023 at 11:30 AM David Bohrer <david.bohrer@discordapp.com> wrote:

Ms. Williams,

We've received your email and will get back to you shortly on our availability for a call.

Dave

On Tue, Oct 24, 2023 at 10:02 AM Dominique Williams <DWilliams@sulleelaw.com> wrote:

Dear Mr. Bohrer,

I am writing to you in regard to your responses to a subpoena sent on behalf of my client , which I have attached for your review.
Please let me know if you are available this Thursday October 26, 2023 to discuss this matter further.

Kind regards,

**Dominique Williams** Associate Attorney

**Ph:** 214.206.4064  **Fax:** 214.206.4068

**E:** dwilliams@sulleelaw.com

3030 Lyndon B Johnson Fwy STE 220 Dallas, TX 75234

www.sulleelaw.com



EXHIBIT

D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re DMCA Section 512(h) Subpoena to Discord | Case No. 3:23-mc-00062-S |

## AFFIDAVIT OF DIREN W. SINGHE CONCERNING ATTORNEYS' FEES

| | |
|---|---|
| **STATE OF TEXAS** | § |
| **COUNTY OF DALLAS** | § |

**BEFORE ME**, the undersigned authority, on this day personally appeared Diren W. Singhe, who swore under oath that the following facts are true:

1.    "My name is Diren W. Singhe. I am over the age of 18, of sound mind, capable of making this declaration, and personally acquainted with the facts stated therein. The facts stated herein are within my personal knowledge and are true and correct. I maintain a business physical and mailing address at Sul Lee Law Firm, PLLC, 3030 Lyndon B. Johnson Fwy, Ste. 220, Dallas, Texas 75234 (the "Firm"). The Firm is located in Dallas County, Texas.

2.    I have been a practicing attorney for over nineteen years, licensed in Texas since 2004, having received my JD from Cornell Law School in Ithaca, New York in 1997, and my BA from the University of California in Irvine, California in 1994. For at least the past 14 years, my practice has primarily consisted of broad commercial litigation and practice, with particular emphasis on startups, professional liability, construction law, international investors, and closely held businesses. For the past two years and 8 months, I have served as the managing attorney at Sul Lee Law Firm, PLLC, the firm that was retained by Nexon Korea Corporation in the above-referenced action. I submit this Affidavit in support of Nexon Korea Corporation's Motion to Compel Cloudflare, Inc's responses to the DMCA Section 512(h) Subpoena.

3.    Due to ongoing infringement of its intellectual property, it was necessary for Nexon to retain the firm to bring this cause of action. I have personal knowledge of this case and the work performed. I am familiar with the types of fees usually and customarily charged in cases of this type throughout Texas, including Dallas and Denton Counties.

4.      As a managing attorney with nearly twenty years' experience practicing in Texas, I bill on this file at a rate of $575.00 per hour. The Firm's associate Attorney Dominique Williams bills at a rate of $325.00 per hour, and the Firm's paralegals bills at a rate of $135.00 per hour depending on experience. It is my testimony that these rates are reasonable and necessary rates in Dallas and Denton Counties, Texas, for the corresponding legal professionals, considering the skill, experience, and qualifications of each in federal matters.

5.      To date I have spent .67 hours on this reviewing and finalizing the Motion to Compel and this affidavit.

6.      Associate Dominique Williams spent a total of 4.9 hours in preparing the Motion to Compel Discord's Responses to the Subpoena.

7.      Under the direction of the above-referenced attorneys, firm paralegals spent .4 hours assisting in preparing supporting evidence for the above-referenced Motion.

8.      The hours expended reflected in the totals above are after review and cuts for reasonableness under the circumstances, including the procedural posture of the case and the rules, standards, and norms of this jurisdiction, with which I am familiar.

9.      Based on the foregoing reasonable rates and hours, the reasonable and necessary fees for prosecution of Plaintiff's Motion to Compel Discovery Responses are $2051.25 to date, not inclusive of time needed to prepare for and attend a hearing on such motion, which I reasonably expect to not exceed $1600.00 to cover the attorney and staff needed to attend same. As such, it is my opinion that a total of $3651.25 would be a reasonable sanction for Discord, Inc.'s failure to cooperate in discovery.

10.     The amount for work performed are taken from the Firm's original billing records, of which I am a custodian, and these records are kept in the usual course of business. These records are entered at or near the time of the events they describe by persons with knowledge of those events. It is part of the normal course of business of the Firm to make such records. I have reviewed the fees and expenses of the Firm in this case, and find that the work performed in this case has been reasonable and necessary.

11.     I swear under penalty of perjury that the foregoing is true and correct."

**SIGNED** this _13_ day of December, 2023.

BY: _____
Diren W. Singhe

**SWORD AND SUBSCRIBED** to before me on this _13_ day of December 2023.

SALLY D. JUN
Notary Public, State of Texas
Comm. Expires 10-04-2027
Notary ID 134589159

**NOTARY PUBLIC**, State of Texas