# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re DMCA Section 512(h) Subpoena to Discord, Inc. | Case No. 3:23-MC-00062-S |

## AGREED MOTION FOR EXTENSION OF RESPONSE DEADLINES BY TEN (10) DAYS

TO THE HONORABLE JUDGE OF SAID COURT:

Nexon Korea Corporation ("Nexon") hereby submits this Agreed Motion for Extension of Response Deadlines by Ten (10) Days, and respectfully requests that this Court enter an order extending all response deadlines by ten (10) days. In support of this motion, Nexon respectfully states as follows:

### RELEVANT FACTUAL BACKGROUND

1. The undersigned firm represents Nexon Korea Corporation ("Nexon" or the "Copyright Owner"), the developer of the MapleStory, MapleStory2, Sudden Attack, The Kingdom of the Winds, Dungeon & Fighter, Grand Chase, and Elsword video games.

2. Previously, Nexon requested that this Court issue a DMCA Subpoena pursuant to 17 U.S.C. § 512(h). Specifically, Nexon sought information sufficient to identify a myriad of users who posted infringing material on Discord's platform.

1

3. Upon receipt of the subpoena, Discord opposed and asked Nexon to (1) bear the fees and costs associated with its request, or (2) agree to limit the scope of its subpoena to a "far more limited" number of IUDs.

4. After some time without agreement, Nexon filed its Motion to Compel Responses. On February 1, 2024, the Court entered the Order set forth in Doc. No. 7 ordering Discord to respond to the Motion to Compel by February 20, 2024, and Nexon's reply to be filed by March 4, 2024.

5. Upon discussion, Nexon and Discord concluded that a ten-day extension of deadlines would give the parties sufficient time to exhaust options to resolve the issues raised in the Motion to Compel.

## **CONCLUSION AND PRAYER**

6. Based on the parties' agreement to work to resolve this matter without the need for use of judicial resources and without waiving any claims or defenses that either party may have on the merits, the parties desire to engage in substantive discussions to reach a mutually agreeable outcome.

7. As such, Nexon respectfully requests this Court extend all deadlines by ten (10) days, with the new deadlines as follows:

   a. Discord's deadline to Respond to the Motion to Compel: Friday, March 1, 2024

   b. Nexon's deadline to file a Reply to Discord's Response: Thursday, March 14, 2024.

8. Additionally, Nexon will provide prompt notice to the Court if the issues raised in the Motion to Compel are resolved prior to the amended deadlines.

9.  The undersigned met and conferred with in-house counsel for Discord on February 19, 2024; Discord agrees to the relief requested.

Date: February 19, 2024    Respectfully submitted,

**SUL LEE LAW FIRM, PLLC**

*/s/ Dominique Williams*
Sul Lee
State Bar No. 24078844
sul@sulleelaw.com
Diren W. Singhe
State Bar No. 24044135
dsinghe@sulleelaw.com
Dominique Williams
State Bar No. 24125458
dwilliams@sulleelaw.com
3030 LBJ Fwy, Suite 220
Tel. (214) 206-4064
Fax. (214) 206-4064
**ATTORNEYS FOR NEXON KOREA CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned attorney for Nexon Korea Corporation certifies that the foregoing Agreed Motion for Extension of Response Deadlines have been served upon Discord, by and through its counsel, via email correspondence on February 19, 2024.